UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 06-20266

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

JOHN ROOSEVELT MILLER,

    Defendants,
_____/

## ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE

Plaintiff having filed a Request for Extension ofTime to File Response to Motion to vacate sentence ; now therefore,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Extension of Time to File Response is granted. Plaintiff shall file any response January 31,2011.

                          s/PATRICK J. DUGGAN
                          UNITED STATES DISTRICT JUDGE

DATED: December 23, 2010
TO:
Terrence Haugabook, A.U.S.A

John Roosevelt Miller
#40540-039
FCI Gilmer
PO Box 6000
Glenville, West Virginia 26351